# Court of Appeals
# of the State of Georgia

ATLANTA, _July 17, 2024_

*The Court of Appeals hereby passes the following order:*

**A24A1779. TIMOTHY WALTER BOYD v. DDCB, INC. et al.**

In this civil action, plaintiffs DDCB, Inc. and Benjamin Cowart obtained a default judgment against defendants Timothy Walter Boyd and Boyd Law Group, and the trial court awarded the plaintiffs $203,400 in damages. Boyd, in his individual capacity, moved to vacate and set aside the judgment under OCGA § 9-11-60 (d) (1). The trial court denied the motion, and Boyd filed this appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Boyd's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_07/17/2024_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*